IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER MAGEN,<br><br>        Plaintiff,<br><br>  v.<br><br>MEDALLIA, INC., BORGE HALD, AMY PRESSMAN, LESLIE STRETCH, LESLIE KILGORE, MITCHELL DAUERMAN, DOUGLAS LEONE, JAMES D. WHITE, ROBERT BERNSHTEYN, STANLEY MERESMAN, AND STEVEN WALSKE,<br><br>        Defendants. | Civil Action No. 1:21-cv-07709-NRB |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Alexander Magen hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 10, 2021

                                              Respectfully submitted,

                                              By: */s/ Joshua M. Lifshitz*
                                              Joshua M. Lifshitz
                                              Email: jml@jlclasslaw.com
                                              **LIFSHITZ LAW FIRM, P.C.**
                                              1190 Broadway
                                              Hewlett, New York 11557
                                              Telephone: (516) 493-9780
                                              Facsimile: (516) 280-7376

2

*Attorneys for Plaintiff*

2

*Attorneys for Plaintiff*